[No. 33960-2-III.   Division Three.   February 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNA D. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-03674-5, John O. Cooney, J., entered December 1, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, JJ.

[Nos. 34357-0-III; 34358-8-III.   Division Three.   February 28, 2017.]

*In the Matter of the Parental Rights to* NA.W.

*In the Matter of the Parental Rights to* NO.W.

Appeals from a judgment of the Superior Court for Spokane County, No. 15-7-01514-4, John O. Cooney, J., entered April 11, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 32927-5-III.   Division Three.   March 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS LEE PADGETT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-1-00110-7, Richard H. Bartheld, J., entered November 21, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.